**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ENGLEHART, et al., individually and on Behalf of All Others Similarly Situated | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 14 CV 01990 |
| TELLABS, INC., et al | ) ) | Honorable John W. Darrah |
| Defendants. | ) ) | |

**AGREED MOTION TO RESET THE SCHEDULE FOR FILING AN AMENDED
COMPLAINT AND STATUS HEARING**

NOW COMES Plaintiffs, ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST, by and through some of their attorneys, Martin P. Greene and Dartesia A. Pitts, of the law firm of GREENE AND LETTS, hereby presents this Agreed Motion to Reset the Schedule for Filing an Amended Complaint and Status Hearing in this matter to a time as agreed by the parties.

1. On June 17, 2014, the Court entered an Order (Dkt. No. 39) allowing the filing of Plaintiffs' Amended Complaint on or before July 18, 2014, and set a briefing schedule for any motion to dismiss that may be filed by Defendants in response to that Amended Complaint: motion to dismiss to be filed by August 15, 2014; response to be filed by September 8, 2014, and reply to be filed by September 29, 2014. The Court's order also set a status hearing for December 10, 2014 at 9:30 a.m.

1

2. On August 14, 2014, this Court entered an Order (Dkt. No. 45) resetting the time to file an amended complaint to October 15, 2014, resetting the December 10, 2014 status hearing to October 22, 2014 at 9:30 a.m. to discuss further scheduling, and continuing Plaintiffs' Motion for Appointment as Lead Plaintiff (Dkt. No. 15) to October 22, 2014.

3. Plaintiffs have since agreed to work with Plaintiff Kerry Lambert in *Lambert v. Tellabs, Inc. et al*., No. 13-cv-7945 (N.D. Ill.), a class action pending before Judge Guzman and alleging similar allegations to those in this action.

4. Faruqi & Faruqi LLP, counsel to Kerry Lambert, have informed counsel to Plaintiffs that they have reached agreement on a settlement with the Defendants, and are working to finalize and document that settlement. A status conference is scheduled in *Lambert* before Judge Guzman on October 20, 2014.

5. Accordingly, Plaintiffs move this Honorable Court to extend the time to file and serve their Amended Complaint from October 14, 2014 to November 14, 2014, to reset the status hearing from October 22, 2014 to November 21, 2014, and to continue Plaintiffs' Motion for Appointment as Lead Plaintiff to November 21, 2014. Plaintiffs make this request to allow for the parties in the *Lambert* action to complete their settlement negotiations and/or move for preliminary approval of that settlement.

6. Counsel to Defendants agrees to this Motion.

WHEREFORE, the Plaintiffs, ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST, request that this Honorable Court strike the current schedule for filing an Amended Complaint and for the October 22, 2014 status hearing, and enter a new order with the new agreed upon briefing schedule as stated herein.

Respectfully submitted,

3

*/s/ Martin P. Greene*
Martin P. Greene
GREENE AND LETTS
55 W. Monroe, Ste. 600
Chicago, Illinois 60603
312/346-1100

*Counsel to Lead Plaintiff Movant Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust*