## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ENGLEHART, et al., individually and on Behalf of All Others Similarly Situated | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 14 CV 01990 |
| TELLABS, INC., et al | ) ) | Honorable John W. Darrah |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**    Attorneys of Record

    **PLEASE TAKE NOTICE** that on **October 21, 2014** at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge John W. Darrah** or any Judge sitting in his stead, in **Room 1203**, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **AGREED MOTION TO RESET THE SCHEDULE FOR FILING AN AMENDED COMPLAINT AND STATUS HEARING.**

*/s/ Martin P. Greene*
Martin P. Greene


Martin P. Greene
Dartesia A. Pitts
GREENE AND LETTS
55 W. Monroe St., Suite 600
Chicago, Illinois 60603
312/346-1100

## PROOF OF SERVICE

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **October 13, 2014**:

(**X**) CM/ECF Notification

( ) by personal delivery

( ) by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 55 W. Monroe Street, Chicago, Illinois.

*/s/ Martin P. Greene*
Martin P. Greene

Martin P. Greene
Dartesia A. Pitts
GREENE AND LETTS
55 W. Monroe St., Suite 600
Chicago, Illinois 60603
312/346-1100