**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT ENGLEHART, JORGE RODRIGUEZ and THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELLABS, INC., MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE LLC, BLACKHAWK MERGER SUB INC.,VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI and MIKEL H. WILLIAMS,<br><br>Defendants. | ) | Case No. 1:14-cv-01990<br><br>Hon. John W. Darrah |

**STIPULATION AND ORDER OF DISMISSAL**
**PURSUANT TO SETTLEMENT AGREEMENT**

WHEREAS, the Parties in the above-captioned litigation (the "Litigation") are also parties to the Settlement Agreement in the related litigation of *Lambert v. Tellabs, Inc. et al.*, No. 13-cv-07945 (N.D. Ill.); and

WHEREAS, the Parties have agreed in the Settlement Agreement in *Lambert* that once the Final Order and Judgment in *Lambert* becomes final and unappealable, Plaintiffs in this Litigation will file a stipulation of dismissal with prejudice of this Litigation (*Lambert* Dkt. No. 107-1); and

WHEREAS, a Final Order and Judgment approving the Settlement Agreement in *Lambert* was entered on September 11, 2015 (*Lambert* Dkt. No. 168); and

WHEREAS, the thirty-day time limit to file a notice of appeal of the Final Order and Judgment in *Lambert*, pursuant to Fed. R. App. P. 4(a)(1)(A), expired on October 13, 2015 (October 11, 2015 was a Sunday and October 12, 2015 was a Legal Holiday pursuant to Fed. R. Civ. P. 6(a)(6)(A)); and

WHEREAS, no notice of appeal was filed; and

WHEREAS, the Parties to this Litigation stipulate and agree to dismiss this Litigation with prejudice, and without costs or attorneys' fees except as provided in the Settlement Agreement in *Lambert*.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT this Litigation is dismissed with prejudice, and without costs except as provided in the Settlement Agreement in *Lambert*. All Parties are responsible for their own attorneys' fees, except as provided in the Settlement Agreement in *Lambert*.

**[remainder of page left blank intentionally]**

Dated: October 15, 2015

*/s/ Martin P. Greene*
Martin P. Greene
Dartesia A. Pitts
GREENE AND LETTS
55 W. Monroe, Ste. 600
Chicago, Illinois 60603
Phone: (212) 346-1100
Fax: (312) 346-4571

Chet B. Waldman
Joshua W. Ruthizer
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Phone: (212) 759-4600
Fax: (212) 486-2093

W. Scott Holleman
JOHNSON & WEAVER, LLP
99 Madison Avenue, 5th Floor
New York, NY 10016
Phone: (212) 802-1486
Fax: (212) 602-1592

*Counsel to Plaintiffs Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust*

/s/ *Kathleen L. Carlson*
David F. Graham
James W. Ducayet
Rachel B. Niewoehner
Kathleen L. Carlson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

*Counsel for Defendants Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, and Mikel H. Williams*

/s/ *David. M. Friebus*
John M. Touhy
David M. Friebus
BAKER HOSTETLER
191 North Wacker Drive
Suite 3100
Chicago, Illinois 60606-1901
Phone: (312) 416-6200
Fax: (312) 416-6201

Michael E. Swartz
William H. Gussman, Jr.
Frank J. LaSalle
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Phone: (212) 756-2000
Fax: (212) 595-5955

*Counsel for Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc.*

**SO ORDERED**



Hon. John W. Darrah, United States District Judge
10/21/15